Submitted on record and brief June 3, reversed and remanded for new trial
July 13, 2005

## STATE OF OREGON,
*Respondent,*

*v.*

## TIFFANY MARIE DAVIS,
*Appellant.*

02C52140; A122736

116 P3d 254

James N. Varner filed the brief for appellant.

Douglas F. Zier, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals a conviction for possession of a controlled substance. ORS 475.992. She argues that the trial court erred in denying her motion to suppress evidence that police officers found after arresting her for violating the terms of her probation. The state concedes that the officers did not have objective probable cause to believe that defendant had violated the terms of her probation. We agree and therefore reverse the conviction.

Reversed and remanded for new trial.